UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 23, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTINA MCCORDEASTER

Defendant.

Case No. 2:19-po-00371-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CHRISTINA MCCORDEASTER Case No. 2:19-po-00371-KJN Charges 41 CFR § 102-74.390 from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

X (Other): Time served. Defendant's release is delayed until 9:00 AM on 3/24/2021. Defendant to be released on 3/24/2021 at 9:00 AM.

Issued at Sacramento, California on March 23, 2021 at 2:00 PM

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE